**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:17-cv-61017-BB**

CRYSTAL J. VALENCIA
individually and on behalf of all
others similarly situated,                                    **CLASS ACTION**

      Plaintiff,                                    **JURY TRIAL DEMANDED**

v.

111 SW 2nd AVE, LLC,
d/b/a SWAY NIGHTCLUB,
a Florida Limited Liability Company,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Crystal J. Valencia, hereby notifies the Court that the parties have the parties have

reached a settlement with respect to Plaintiff's individual claims.  Plaintiff and Defendant are in the

process of finalizing their settlement agreement.  Plaintiff anticipates filing a notice of dismissal within

ten (10) days.

Dated:  August 4, 2017

Respectfully submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

and

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
Florida Bar No. 101754
*efilings@sflinjuryattorneys.com*
14 NE 1st Avenue, Suite 400
Miami, Florida  33132
(t) (305) 479-2299
(f) (786) 623-0915

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CETIFY that on August 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
*Counsel for Plaintiff*