**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-61017-BLOOM/Valle**

CRYSTAL J VALENCIA,
*individually and on behalf of all others*
*similarly situated*,

      Plaintiff,

v.

111 SW 2ND AVE, LLC, *a Florida*
*Limited liability company doing business*
*as* Sway Nightclub,

      Defendant.

_____/

## ORDER

      **THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [18], filed on August 4, 2017, which indicates that the parties have reached a settlement of the claims asserted in this case.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal on or before **August 14, 2017**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. Any scheduled hearings are **CANCELED**, and all pending deadlines are **TERMINATED**.

Case No. 17-cv-61017-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 4th day of August, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record

2