UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-cv-61017-BLOOM/Valle**

CRYSTAL J VALENCIA,
*individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

111 SW 2ND AVE, LLC, *a Florida Limited liability company doing business as* Sway Nightclub,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [20] ("Notice"), filed on August 13, 2017. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own attorneys' fees and costs;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

Case No. 17-cv-61017-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 14th day of August, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record